

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Stefan Thomas Almond,

No. 11-20-00134-CR

\* From the County Court
of Scurry County,
Trial Court No. CR-0158-08.

\* November 19, 2020

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.